**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

|                                          |                        |
| AUDREY HOGGATT,                          |                        |
|     Plaintiff,       |                        |
|                                          |                        |
| v.                                       | CASE NO.: 22-cv-2629   |
|                                          |                        |
| DIRECT RECOVERY SERVICES, LLC,           |                        |
| ELLE GUSMAN, individually,               |                        |
| and WESTERN SURETY COMPANY,              |                        |
|     Defendants.      |                        |
|                                          |                        |

**<u>NOTICE</u>**

To this Honorable Court, notice is hereby given that pursuant to the Court's Order

[Doc. 13] of today, February 10, 2023, Plaintiff's counsel has notified Defendants Direct

Recovery Services, LLC ("DRS"), Elle Gusman ("Gusman") and Western Surety Company

("Western") of the Court's Order and that each party is required to file a responsive pleading

or move for an extension of time to do so.

Specifically, Plaintiff's counsel sent notice to the owners of Direct Recovery Services,

LLC via two email addresses which had been used extensively to correspond with the owners

of DRS in the months leading up the filing of the Complaint in this matter.  Additionally, a

text message was sent to two cell phone numbers believed to be the cell phone numbers of the

owners of DRS and a copy of the email that was sent and the Order of the Court was mailed to

DRS at the mailing address it has reported to the Minnesota Secretary of State.

Plaintiff's counsel gave notice of the Court's order to Elle Gusman by sending an

email to the last email address Gusman used to communicate with Plaintiff's counsel as well

as by sending a text message to the cell phone number Gusman had used extensively to

1

communicate with Plaintiff's counsel and a copy of the email and the Court's order was

mailed to Plaintiff at the address at which she was served with the Summons and Complaint.

Western Surety Company was notified via email to a corporate representative that has

been in contact with Plaintiff's counsel about the matter.  Plaintiff's counsel believes that this

medium was reliable enough that no further media was needed.

Respectfully submitted,

THE WOOD FIRM, PLLC

/s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.
ArkBN: 2006164
11610 Pleasant Ridge Rd.
Suite 103-Box 208
Little Rock, AR  72223
TEL:  214-914-8374
FAX:  888-598-9022
EMAIL:  jeff@jeffwoodlaw.com
Attorney for Plaintiff