IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AUDREY HOGGATT,<br>      Plaintiff,<br><br>v.<br><br>DIRECT RECOVERY SERVICES, LLC,<br>ELLE GUSMAN, individually,<br>and WESTERN SURETY COMPANY,<br>      Defendants. | CASE NO.: 0:22−cv−02629−NEB−LIB |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff files this Stipulation of Dismissal (the "Stipulation"), and respectfully shows as follows:

1. Plaintiff commenced this action against Defendants on October 19, 2022. *See* Doc. 1.

2. Defendants have not appeared.

3. Plaintiff no longer desires to pursue this action.

4. Pursuant to FED. R. CIV. P. 41(a), Plaintiff hereby dismisses all claims that were or could have been asserted in this action, and dismisses her claims against Defendants WITHOUT PREJUDICE.

5. This is not a class action, no receiver has been appointed and no counterclaims have been asserted.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not voluntarily dismissed any federal or state court suit based on or including the same claims as those presented in this case.

Accordingly, Plaintiff respectfully requests that the Court enter an order dismissing all claims against all parties WITHOUT PREJUDICE as described above.

        Respectfully submitted,

/s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.
ArkBN: 2006164
THE WOOD FIRM, PLLC
11610 Pleasant Ridge Rd.
Suite 103, Box 208
Little Rock, AR  72223
TEL:  682-651-7599
FAX:  888-598-9022
EMAIL:  jeff@jeffwoodlaw.com
Attorney for Plaintiff
Admitted Pro Hac Vice

and

Curtis Zaun
Minnesota Bar Number 266310
Attorney for Plaintiff
3254 Rice Street
Saint Paul, MN 55126
Telephone: (651) 216-3308
curtis@cpzlaw.com
Attorney for Plaintiff